# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2022-1385**
Henry Joiner v. State of Alabama (Appeal from Montgomery Circuit Court: CC-22-130)

## NOTICE

You are hereby notified that on October 11, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk